AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
JAMES J. VILT JR., CLERK
3/1/21
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HUBER FLORES | ) | Case No.  3:21MJ-107 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 27, 2021__ in the county of __Jefferson__ in the
__Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with the Intent to Distribute Cocaine; |
| 21 USC 846 | conspiracy to commit those offenses |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/S/ Michael Munson
*Complainant's signature*

Michael Munson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/01/2021

Colin H Lindsay, Magistrate Judge
United States District Court

City and state: Louisville, KY

Colin H. Lindsay, Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael Munson, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since successfully completing of the FBI Academy in 2017. From 2012 to 2017, I was an Alaska State Trooper after graduating from the Alaska Public Safety Academy. From 2008 to 2012, I was a Special Agent with the Air Force Office of Special Investigations after graduating from the Federal Law Enforcement Training Center. During my training and experience accumulated from 2008 to present I have received instruction in: interviewing techniques, firearms, defensive tactics, federal law, investigative processes and other law enforcement skills. I have conducted numerous criminal investigations in: drug possession/distribution, domestic violence, burglary, child exploitation, murder and other violent and non-violent criminal offenses. I have also effected numerous search and arrest warrants in a variety of criminal investigations.

2. I make this affidavit based upon the personal knowledge derived from my participation in this investigation and upon information I received from other law enforcement officers involved in this investigation.

3. As a result of my training and experience as an FBI Special Agent, I am familiar with federal criminal laws including: 21 U.S.C. § 841 (possession with intent to distribute and the distribution of controlled substances), 21 U.S.C. § 846 (conspiracy to commit those offenses), and 21 U.S.C. § 856(a)(1) (maintaining drug involved premises). For the reasons discussed below, I respectfully submit that this Affidavit contains probable cause to believe JUAN GARCIA (hereinafter GARCIA) has violated 21 U.S.C. § 841 and 21 U.S.C. § 846, and 21

1

U.S.C. § 856(a)(1), JOSE TERRAZAS (hereinafter TERRAZAS) has violated 21 U.S.C. § 841 and 21 U.S.C. § 846; GEOVANNY VENCES (hereinafter VENCES) has violated 21 U.S.C. § 841 and 21 U.S.C. § 846, and HUBER FLORES (hereinafter FLORES) has violated 21 U.S.C. § 841 and 21 U.S.C. § 846.

4. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of these statutes have been committed by GARCIA, TERRAZAS, VENCES, and FLORES. The information contained herein is not all the information I possess with respect to the commission of the crimes referred to herein.

## FACTS IN SUPPORT OF PROBABLE CAUSE

5. The United States, including the FBI, is conducting a criminal investigation of GARCIA, TERRAZAS, VENCES, and FLORES regarding possible violations of 21 U.S.C. § 841, 21 U.S.C. § 846, and 21 U.S.C. § 856(a)(1), and others.

6. On March 10, 2020, law enforcement observed two adult Hispanic males, JOSE TERRAZAS and J.O., arrive at GARCIA's residence, 1202 Carrico Ave, in a green 2006 Mercury Marquis, bearing Arkansas tag 620YNZ (TERRAZAS was the registered owner). The men exited the Mercury and drove away in the red Jeep Grand Cherokee, KY License plate 113WDR, registered to N.S., GARCIA's spouse. About 2 hours later, TERRAZAS and J.O. returned in the Jeep, and backed the Marquis into GARCIA's driveway at 1202 Carrico Ave. Law enforcement observed J.O. and TERRAZAS move luggage from the backseat of the Marquis and transfer it to a silver Lincoln with Kentucky temporary tag A301343. From March 10-16, 2020, J.O. and TERRAZAS traveled to GARCIA's residence and their hotel multiple times.

7. On March 16, 2020, Tennessee interdiction conducted a traffic stop on the Lincoln and recovered about $180,000 in bulk US currency concealed in the firewall of the Lincoln (the access to hidden compartment could not be reached without removing the windshield).



8. Subsequent to a Miranda Warning Waiver, law enforcement conducted an interview of J.O. who explained he, TERRAZAS, and TERRAZAS family buy and sell used cars to make money. They traveled to Kentucky to purchase multiple vehicles and the Lincoln was only one of them. J.O. paid for a windshield repair of the Lincoln, which he purchased in Kentucky, but was unaware the vehicle contained $180,000 in bulk US currency hidden inside the vehicle. J.O. denied concealing the money inside the vehicle. TERRAZAS only spoke Spanish and was not interviewed because of the language barrier. Tennessee law enforcement seized the money and the vehicle. TERRAZAS and J.O. were released.

9. On March 28, 2020, law enforcement observed N.S. and GARCIA remove a vehicle windshield from the rear of their Jeep Grand Cherokee and carry it to a location under their

carport. Based on the facts and circumstances of this investigation, I believe the windshield was used during the windshield replacement regarding the $180,000 concealed in the Lincoln mentioned above.

10. On February 26, 2021, law enforcement observed GARCIA travel to the Louisville, KY airport. At about 5:35 pm, law enforcement observed GARCIA arrive at his residence and observed both GARCIA and TERRAZAS exited the Ford Taurus, Kentucky license plate 569ZNX, and entered GARCIA's residence. Law enforcement also observed GARCIA remove a large black and blue duffle style bag from the trunk of the Taurus and carry it into his house.

11. On February 27, 2021, at 4:51 pm, while conducting surveillance of 1202 Carrico Avenue, Louisville, KY, law enforcement observed GARCIA and TERRAZAS exit GARCIA's residence, and entered GARCIA's Ford Taurus, KY license plate 569ZNX. GARCIA exited the residence with his jacket zipped up and a large bulge visible under his jacket. Law enforcement observed GARCIA leave his residence in his bronze Ford Taurus and travel to The Outlet Shoppes of the Bluegrass, 1155 Buck Creek Rd, Simpsonville, KY 40067. Louisville Metro Police Department (LMPD) Detectives observed GARCIA arrive in the parking lot of The Outlet Shoppes of the Bluegrass at about 5:19 pm. Detectives observed GARCIA talking on a cellphone driving around in circles in the parking lot.

12. At about 5:25 pm, Detectives observed GARCIA meet with the occupants of a white Honda Accord, KY license plate 125WHS. The driver, FLORES, was standing outside the Accord talking on his cellphone. Based on both men being on their cellphone, GARCIA driving in circles in the parking lot, and both men hanging up there phones when they met, I believe GARCIA and FLORES were communicating with each other on their cellphones about how to locate each other. The Honda Accord was also occupied by a passenger, VENCES.

Detectives observed GARCIA enter the backseat of the Accord for a short period of time and exit the vehicle carrying a plastic grocery style bag; the contents of the bag were unknown. GARCIA and TERRAZAS left in the Taurus and drove westbound toward Louisville while FLORES and VENCES left in the Accord traveling east toward Frankfort. Law enforcement followed the Accord and coordinated with Kentucky State Police to conduct a traffic stop near mile marker 53 (near Frankfort, KY). A subsequent search of the vehicle revealed an approximately one-kilogram package of suspected cocaine tightly packaged and wrapped in black electrical tape (the contents were tested with a field test kit and tested positive for cocaine) located under the passenger seat, where VENCES sat.



13. GARCIA and TARRAZES drove to La Rosita, 5059 Preston Hwy, Louisville, KY 40213. The business is a restaurant and advertises to also offer wire transfers through at least one international wire transfer business, "Intercambio Express." Both GARCIA and TERRAZAS remained at the business for about 45 minutes. At 6:49 pm, both men returned to GARCIA's residence.

   a. Based on my training and experience, I know monies obtained from the sale of illegal drugs is sent to Mexico, a source state for illegal narcotics like cocaine, through a variety of ways to include bulk cash smuggling and smaller, generally less than $1,000, wire transfers.

14. On February 28, 2021, law enforcement executed a search warrant (3:21-MJ-103) at 1202 Carrico Ave. Inside the residence law enforcement observed, photographed, and seized the following relevant items (the items pictured below does not constitute all the items seized)[1]:

   a. Approximately seven kilograms of cocaine, vacuum sealed and wrapped in black electrical tape.

   b. Approximately three kilograms of heroin, vacuum sealed and wrapped in black electrical tape.

   c. Approximately 500 grams of suspected fentanyl pills, vacuum sealed and wrapped in black electrical tape.

   d. Approximately $45,000 in US currency, much of it was vacuum sealed and wrapped in black electrical tape.

---

[1] The cocaine and heroin were field tested and revealed a positive indication for both drugs.



## CONCLUSION

15. The statements made in this Affidavit are made based on the personal observations and investigation conducted by your Affiant, and information communicated or reported to your Affiant during the investigation by other participants in the investigation, as the content of this Affidavit indicates.

16. Based on the foregoing, your Affiant believes there is probable cause to believe that GARCIA, unlawfully possessed several kilograms of cocaine, heroin, and about 500 grams of fentanyl, all controlled substances, in his home (which in the Western District of Kentucky), in violation of 21 U.S.C. § 856(a)(1) (maintaining drug involved premises) and 21 U.S.C. § 841 (possession with intent to distribute and the distribution of controlled substances), and GARCIA conspired with others; TERRAZAS, FLORES, and VENCES; to buy/sell one kilograms of cocaine, a controlled substances, in the Eastern District of Kentucky, in violation of 21 U.S.C. § 841 (possession with intent to distribute and the distribution of controlled substances), 21 U.S.C. § 846 (conspiracy to commit those offenses).

                                                                 /S/ Michael Munson

                                              MICHAEL MUNSON
                                              Special Agent
                                              Federal Bureau of Investigation

Subscribed and sworn to before me telephonically this 1st day of March, 2021.

*[Signature: Colin Lindsay]*

Colin H Lindsay, Magistrate Judge
United States District Court

8