**FILED**
JAMES J. VILT, JR. - CLERK

MAY 11 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 3:21-CR-46-DJH

| | |
|---|---|
| **JUAN CARLOS FARIAS GARCIA** (Counts 1-7) | 21 U.S.C. § 846 |
| **JOSE TERRAZAS** (Counts 1,3,4,5,6,7) | 21 U.S.C. § 841(a)(1) |
| **GEOVANNY VENCES** (Counts 1,3,7) | 21 U.S.C. § 841(b)(1)(A) |
| **HUBER FLORES** (Counts 1,3,7) | 21 U.S.C. § 841(b)(1)(B) |
| **CESAR JONATHAN SANCHEZ** (Counts 1,4,5,6,7) | 21 U.S.C. § 853 |
| **TREZIAUN D. ALLEN** (Counts 1,6,7) | 28 U.S.C. § 2461 |
| **NAYELYI SANCHEZ** (Counts 1,4,5,7) | 18 U.S.C. § 1956 |
| | 18 U.S.C. § 2 |
| | 18 U.S.C § 982(a)(1) |

The Grand Jury charges:

### COUNT 1
*(Conspiracy to Possess with Intent to Distribute Controlled Substances)*

On or about and between April 29, 2019, and March 23, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **JUAN CARLOS FARIAS GARCIA, JOSE TERRAZAS, GEOVANNY VENCES, HUBER FLORES, CESAR JONATHAN SANCHEZ, TREZIAUN D. ALLEN,** and **NAYELYI SANCHEZ,** knowingly conspired with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute controlled substances, as defined in Title 21, United States Code, Section 812, in violation of Title 21 United States Code, Section 841(a)(1), including five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; one (1) kilogram or more of a mixture and substances containing a detectable amount of heroin, a Schedule I controlled substance; 400 grams or more of a mixture and substances containing a detectable amount of N-phenyl-N-[(1-(2-

phenethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance; and five hundred (500) grams or more of a mixture and substances containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 2
*(Possession with Intent to Distribute Methamphetamine)*

On or about April 29, 2019, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JUAN CARLOS FARIAS GARCIA**, knowingly and intentionally possessed with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

The Grand Jury further charges:

## COUNT 3
*(Possession with Intent to Distribute Cocaine)*

On or about February 27, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **JUAN CARLOS FARIAS GARCIA, JOSE TERRAZAS, GEOVANNY VENCES,** and **HUBER FLORES** aided and abetted by each other and others, knowingly and intentionally possessed with intent to distribute five hundred (500)

grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4
*(Possession with Intent to Distribute Cocaine)*

On or about February 28, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **JUAN CARLOS FARIAS GARCIA, JOSE TERRAZAS, CESAR JONATHAN SANCHEZ,** and **NAYELYI SANCHEZ** aided and abetted by each other and others, knowingly and intentionally possessed with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 5
*(Possession with Intent to Distribute Fentanyl)*

On or about February 28, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **JUAN CARLOS FARIAS GARCIA, JOSE TERRAZAS, CESAR JONATHAN SANCHEZ,** and **NAYELYI SANCHEZ,** aided and abetted by each other and others, knowingly and intentionally possessed with intent to distribute

four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[(1-(2-phenethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 6
### (*Possession with Intent to Distribute Fentanyl*)

On or about March 9, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **JUAN CARLOS FARIAS GARCIA, CESAR JONATHAN SANCHEZ,** and **TREZIAUN D. ALLEN**, aided and abetted by each other and others, knowingly and intentionally possessed with intent to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[(1-(2-phenethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", and five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, both Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi) and (b)(1)(B)(ii), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7
### (*Money Laundering Conspiracy*)

On or about and between July 15, 2019, and March 23, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **JUAN CARLOS**

FARIAS GARCIA, JOSE TERRAZAS, GEOVANNY VENCES, HUBER FLORES, CESAR JONATHAN SANCHEZ, TREZIAUN D. ALLEN, and NAYELYI SANCHEZ, knowingly conspired and agreed with each other and with other persons, known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct financial transactions affecting interstate commerce which involved cash proceeds from an unlawful activity, that is, distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a), with the intent to promote the carrying on of that unlawful activity and to conceal and disguise the nature, location, source, ownership and control of the proceeds from the unlawful activity.

In violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) and (ii).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 1956 and Title 21, United States Code, Sections 846 and 841(a)(1), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **JUAN CARLOS FARIAS GARCIA, JOSE TERRAZAS, GEOVANNY VENCES, HUBER FLORES, CESAR JONATHAN SANCHEZ, ALLEN D. TREZIAUN,** and **NAYELYI SANCHEZ,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of said offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, and any property involved in or

traceable thereto, including, but not limited to: the real property of 1202 Carrico Ave, Louisville Kentucky; a black 2018 Chevrolet Truck (KY 602ZRN) VIN 1GCVKREH2JZ289494; a bronze Ford Taurus (KY 569-ZNX) VIN 1FAHP2F87FG199349; a red Jeep Grand Cherokee (KY 113WDR) VIN 1C4RJFAG7EC209700; and $46,600.00 United States currency.

A TRUE BILL.

FOREPERSON

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:MAC-5-11-2021

UNITED STATES OF AMERICA v. **JUAN CARLOS FARIAS GARCIA, JOSE TERRAZAS, GEOVANNY VENCES, HUBER FLORES, CESAR JONATHAN SANCHEZ, TREZIAUN D. ALLEN, and NAYELYI SANCHEZ**

## PENALTIES

Counts 1, 2, 4, 5:  NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./NM Life Supervised Release (each count)
Counts 3, 6:  NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./NM Life Supervised Release (each count)
Count 7:  NM 20 yrs./$500,000/both/ NM 5 yrs. Supervised Release

Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | |
|---|---|
| Misdemeanor: $ 25 per count/individual $125 per count/other | Felony: $100 per count/individual $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.