

# Case Assignment
# Standard Criminal Assignment

Case number **3:21CR-46-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 5/11/2021 2:23:39 PM
Transaction ID: 54947

Return