```
                                                              FILED
                                                        JAMES J. VILT, JR. - CLERK

               UNITED STATES DISTRICT COURT                   MAY 11 2021
               WESTERN DISTRICT OF KENTUCKY
                        AT LOUISVILLE                     U.S. DISTRICT COURT
                                                        WEST'N. DIST. KENTUCKY
```

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                                                    CRIMINAL ACTION NO.
                                                       3:21-CR-46-DJH

JUAN CARLOS FARIAS GARCIA ET AL                                  DEFENDANTS

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Mac Shannon, hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

_____
Mac Shannon
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6294
mac.shannon@usdoj.gov