FILED
JAMES J. VILT, JR. - CLERK

MAY 11 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                              CRIMINAL ACTION NO.: 3:21-CR-46-DJH

JUAN CARLOS FARIAS GARCIA ET AL                                                           DEFENDANT

**MOTION TO SEAL INDICTMENT**

Comes the United States of America, by counsel, Mac Shannon, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 11th day of May, 2021, charging the above-named defendants with a violations of 21 USC 846, 21 USC 841, and 18 USC 1956 be kept secret until the defendants are in custody, or have given bail, or the warrants for arrest are returned unexecuted, and to further order that until the defendants arw in custody, or have given bail, or the warrants for arrest are returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendants.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*[signature]*

---

Mac Shannon
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6294