UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                              PLAINTIFF

vs.                                                   CRIMINAL ACTION NO.:

                                                      3:21-CR-46-DJH

JUAN CARLOS FARIAS GARCIA ET AL                       DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendants with a violations of 21 USC 846, 21 USC 841, and 18 USC 1956, is hereby ORDERED to be kept secret until the defendants are in custody, or have given bail, or the warrants for arrest are returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendants.

This __11th__ day of May, 2021.

_____
United States Magistrate Judge