**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

**FILED**
JAMES J. VILT JR,
CLERK
May 26, 2021
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

United States of America v. Huber Flores

Case Number: 3:21CR-46-DJH

## OATH FOR INTERPRETER

I SOLEMNLY SWEAR THAT I WILL JUSTLY, TRULY, FAIRLY AND IMPARTIALLY ACT AS AN INTERPRETER IN THE CASE NOW BEFORE THE COURT. SO HELP ME GOD.

Greta Payne
Print Name

_[signature]_
Sign Name

Spanish
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th DAY OF May 2021, AT LOUISVILLE, KENTUCKY.

T. Burch
DEPUTY CLERK