UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21CR-46-DJH

HUBER FLORES,     Defendant.

## **ORDER**

This case was called on May 26, 2021, via video conference for initial appearance. The defendant appeared in custody from the Oldham County Detention Center. Assistant United States Attorney Mac Shannon appeared on behalf of the United States. The proceeding was digitally recorded and interpreted by Greta Payne, Spanish Interpreter.

The defendant consented to proceed with initial appearance via video conference.

The defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of his rights.

The defendant was questioned under oath regarding his ability to afford counsel and was found eligible for appointed counsel. The Court appointed Armand Judah from the Criminal Justice Act attorney panel list to represent the defendant[1].

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that arraignment proceedings and a detention hearing is scheduled for **May 28, 2021 at 1:30 p.m.** via video conference before the undersigned. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

May 27, 2021

:60

Colin H Lindsay, Magistrate Judge
United States District Court

---

[1] The Court appointed the Office of Federal Defender to represent the defendant but was later notified of a conflict.

1