**FILED**
JAMES J. VILT JR,
CLERK

May 28, 2021

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

United States of America v. Juan Carlos Farias, Jose Terrazas, Huber Flores

Case Number: 3:21CR-46-DJH

### OATH FOR INTERPRETER

I SOLEMNLY SWEAR THAT I WILL JUSTLY, TRULY, FAIRLY AND IMPARTIALLY ACT AS AN INTERPRETER IN THE CASE NOW BEFORE THE COURT. SO HELP ME GOD.

Greta Payne
Print Name

_[signature]_
Sign Name

Spanish
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS __28__th AY OF __May__ __2021__,
AT LOUISVILLE, KENTUCKY.

_T. Burch_
DEPUTY CLERK