UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NO. 3:21-46-DJH |
| JUAN CARLOS FARIAS GARCIA, *et al.* | DEFENDANTS |

**JUAN CARLOS FARIAS GARCIA'S UNOPPOSED MOTION TO
CONTINUE TRIAL AND TO DECLARE CASE COMPLEX**

Juan Carlos Farias Garcia respectfully requests the Court to continue the trial in his case, currently scheduled to begin on July 26, 2021. Mr. Garcia would further move the Court to declare this matter complex. 18 U.S.C. §3161(8)(B)(ii) authorizes the Court to declare a case complex and remove it from the time constraints of the Speedy Trial Act if, because of the nature of the prosecution, there exists novel questions of fact or law to the extent that it makes it unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

There is voluminous discovery in this matter that will take several months to review. In addition, there are two co-defendants who are still not before the Court. Finally, the United States and all co-defendants are in agreement with this motion.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

                                                **RESPECTFULLY SUBMITTED,**

                                                */s/ SCOTT C. COX*
                                                **SCOTT C. COX**
                                                **COX & MAZZOLI, PLLC**
                                                600 West Main Street, Suite 300
                                                Louisville, Kentucky  40202
                                                (502) 589-6190

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ **SCOTT C. COX**
Scott C. Cox