UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NO. 3:21-46-DJH |
| JUAN CARLOS FARIAS GARCIA, *et al.* | DEFENDANTS |

**ORDER**

Upon motion of Juan Carlos Farias Garcia to continue the trial in his case, currently scheduled to begin on July 26, 2021 and, pursuant to 18 U. S. C. §3161 (h)(B)(ii) for this litigation to be declared complex and for these proceedings to be excluded from the Speedy Trial Act's time limits, and with the co-defendants and the United States having no objection thereto, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendant Garcia's motion is GRANTED. This matter is continued for a pretrial conference on August 4, 2021 at 12:00 p.m. EST.

IT IS FURTHER ORDERED AND ADJUDGED that the Court concludes that the case is complex, in view of the nature of the charges and the amount of discovery involved, that adequate preparation for pretrial proceedings and for trial cannot reasonably be completed within the Speedy Trial Act's ordinary time limits.