UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-46-DJH

JUAN CARLOS FARIAS GARCIA et al.,     Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on June 15, 2021, with the following counsel participating:

| | |
|---|---|
| For the United States: | Mac Shannon |
| For Defendant Garcia: | Scott C. Cox |
| For Defendant Terrazas: | Kent Wicker |
| For Defendant Flores: | Armand I. Judah |
| For Defendant J. Sanchez: | Scott James Barton |
| For Defendant N. Sanchez: | Larry D. Simon |

The Court and counsel discussed the procedural posture of the case. The parties advised the Court that they were in agreement regarding continuing the trial and declaring the case complex. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Consistent with the discussion on the record and without objection, the Court determines that the case is complex for purposes of computing the time in which trial should commence. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

(2) The unopposed motion to continue the trial and to declare the case complex (Docket No. 44) is **GRANTED**.

(3) The trial of this matter, currently set for July 26, 2021, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

(4) By agreement of the parties, that this matter is **SET** for a telephonic status conference on **August 4, 2021, at 12:00 p.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

June 16, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg

cc: Jury Administrator