**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** )<br>     Plaintiff ) | No.  3:21-CR-00046-DJH |
| vs. ) |  |
| **HUBER FLORES** )<br>     Defendant ) |  |

## MOTION FOR CHANGE OF PLEA HEARING

Comes the Defendant, Huber Flores, by counsel, and respectfully moves the Court to schedule this action for a change of plea hearing. A Spanish interpreter will be required for the hearing.

Respectfully submitted,

 /s/ Armand I. Judah
Armand I. Judah
Tilford Dobbins & Schmidt PLLC
Counsel for Defendant Flores
401 W. Main Street, Suite 1400
Louisville, KY 40202
(502) 664-9338

## CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing was filed electronically on the 2nd day of September, 2021.

_/s/ Armand I. Judah__
Armand I. Judah