**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff ) | No. 3:21-CR-00046-DJH |
| ) | |
| vs. ) | |
| ) | |
| **HUBER FLORES** ) | |
| Defendant ) | |

ORDER

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that a change of plea hearing regarding Defendant Flores shall be held on the _____ day of _____, 2021 at _____.

_____
JUDGE

DATE:_____