UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED JS
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 SEP 23 PM 3:53

UNITED STATES OF AMERICA,   Plaintiff,

v.   Civil Action No. 3:21-cr-46-DJH

HUBER FLORES,   Defendant.

* * * * *

**OATH FOR INTERPRETER**

**I SOLEMNLY AFFIRM** that I will well and truly act as an interpreter in this matter before the Court.

Roberto Hernandez
PRINT NAME

*[signature]*
SIGN NAME

Spanish
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 23rd day of September, 2021, at Louisville, Kentucky.

*[signature: Natalie Thompson]*
DEPUTY CLERK

1