UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                                          CRIMINAL NO. 3:21-CR-00046-4-DJH
                                                                 *Electronically Filled*

HUBER FLORES                                                              DEFENDANT

## SENTENCING MEMORANDUM

The United States has received and reviewed Huber Flores's Presentence Investigation Report (PSR). (DN 68, PSR, DN 73 Final PSR). Having found no substantial errors with the PSR, the United States has informed United States Probation there will be no objections thereto.

Mr. Flores, in his sentencing memo [DN 72], acknowledged a disagreement with the United States regarding the application of the safety valve provision pursuant to USSG § 5C1.2. Since that filing, the United States and Mr. Flores have reached an agreement and mutually resolved that issue. With this agreement, the United States is unaware of any unresolved substantive objections or any specific objections to the calculation of the advisory guideline contained within the PSR.

At sentencing, scheduled for January 24, 2022 at 10:00 a.m., the United States intends to motion the Court, pursuant to U.S.S.G. § 3E1.1 (b), for an additional 1 level reduction for Mr. Flores's timely acceptance of responsibility. The United States shall make sentencing recommendations to the Court consistent with the Rule 11(c)(1)(A) and (B) plea agreement [DN 63], filed on September 23, 2021, including a recommendation for a sentence at the low end of the advisory guideline, as calculated by the PSR, of thirty-three (33) months incarceration.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Mac Shannon
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 14, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Mac Shannon
Assistant United States Attorney