UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:21-cr-46-DJH

JUAN CARLOS FARIAS GARCIA,
JOSE TERRAZAS,
GEOVANNY VENCES,
HUBER FLORES,
CESAR JONATHAN SANCHEZ,
TREZIAUN D. ALLEN,
NAYELYI SANCHEZ, Defendants.

\* \* \* \* \*

**ORDER**

Defendant Juan Carlos Farias Garcia, through counsel, has moved the Court to continue his change-of-plea hearing currently set for January 24, 2022, because the Oldham County Detention Center, where Garcia is being held, is in lockdown "due to COVID-19 concerns" and will continue to be for several days. (Docket No. 77) The United States does not object to this request. (*See id.*) Other defendants in this matter are also being held at Oldham County Detention Center, and they too have hearings currently set for January 24, 2022. Accordingly, and without objection, it is hereby

**ORDERED** as follows:

(1) Defendant Juan Carlos Farias Garcia's unopposed motion to continue his change-of-plea hearing (D.N. 77) is **GRANTED**. The change-of-plea hearing currently set for January 24, 2022 (*see* D.N. 67), is **CONTINUED** to **February 28, 2022, at 1:30 p.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)     The sentencing hearing for Defendant Huber Flores currently set for January 24, 2022 (*see* D.N. 61), is **CONTINUED** to **February 28, 2022, at 9:30 a.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3)     The change-of-plea hearing for Defendant Jose Terrazas currently set for January 24, 2022 (*see* D.N. 69), is **CONTINUED** to **February 28, 2022, at 10:30 a.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(4)     The change-of-plea hearing for Defendant Cesar Jonathan Sanchez currently set for January 24, 2022 (*see* D.N. 67), is **CONTINUED** to **February 28, 2022, at 2:30 p.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(5)     The change-of-plea hearing for Defendant Nayelyi Sanchez currently set for January 24, 2022 (*see* D.N. 67), is **CONTINUED** to **February 28, 2022, at 3:30 p.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(6)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), and without objection, the Court finds that **the period of delay from January 24, 2022, to February 28, 2022, is excludable in computing the time within which a trial must commence under the Speedy Trial Act** for Defendants Juan Carlos Farias Garcia, Jose Terrazas, Cesar Jonathan Sanchez, and Nayelyi Sanchez**.**  The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny both the attorney for the government and counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). Moreover, in light of the recent COVID-related restrictions placed on the movements of the defendants held at the Oldham County Detention Center, the failure to grant a continuance would

likely make the "continuation of" the defendants' respective "proceeding[s]" highly impractical, if not "impossible." 18 U.S.C. § 3161(h)(7)(B)(i).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

January 21, 2022

David J. Hale, Judge
United States District Court