UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

FILED JS
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
22 FEB 28 PM 5:05

United States of America v. Huber Flores

Case Number: 3:21cr-046

### OATH FOR INTERPRETER

I SOLEMNLY AFFIRM THAT I WILL WELL AND TRULY ACT AS AN INTERPRETER IN THIS MATTER BEFORE THE COURT.

**Roberto Hernandez**
Print Name

*[signature]*
Sign Name

**Spanish**
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28th DAY OF FEB 2022
AT LOUISVILLE KENTUCKY.

*Natalie Thompson*
DEPUTY CLERK