UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO.3:21CR-46-DJH<br>*Electronically Filed* |
| JUAN CARLOS FARIAS GARCIA<br>HUBER FLORES<br>JOSE TERRAZAS<br>CESAR JONATHAN SANCHEZ<br>NAYELYI SANCHEZ | DEFENDANTS |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States respectfully requests that the Court enter the attached Preliminary Order of Forfeiture. As explained below, the preliminary order is necessary to protect the United States' ability to collect forfeited property and to protect third parties who may have competing interests in that property.

On September 23, 2021, defendant Huber Flores pled guilty to violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B)(ii) and 18 U.S.C. § 2, as charged in Count 3 of the Indictment. On February 28, 2022, defendant Juan Carlos Farias Garcia pled guilty to violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A), 21 U.S.C. § 841(b)(1)(A)(ii), 21 U.S.C. § 841(b)(1)(A)(vi), 21 U.S.C. § 841(b)(1)(A)(viii), 21 U.S.C. § 841(b)(1)(B)(ii), 21 U.S.C. § 841(b)(1)(B)(vi), 21 U.S.C. § 846, 18 U.S.C. § 2, 18 U.S.C. § 1956(h), 18 U.S.C. § 1956(a)(1)(A)(i), and 18 U.S.C. § 1956(a)(1)(b)(i) and (ii), as charged in Counts 1, 2, 3, 4, 5, 6, and 7 of the Indictment. On February 28, 2022, defendant Joe Terrazas pled guilty to violations of 21 U.S.C. § 841(b)(1)(A), 21 U.S.C. § 841(b)(1)(A)(vi), 21 U.S.C. § 841(b)(1)(B)(ii), 21 U.S.C. § 846, 18 U.S.C. § 2, 18 U.S.C. § 1956(h), 18 U.S.C. § 1956(a)(1)(A)(i), and 18 U.S.C. § 1956(a)(1)(b)(i) and (ii), as charged in

Counts 1, 3, 4, 5, and 7 of the Indictment. On February 28, 2022, defendant Cesar Jonathan Sanchez pled guilty to violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A), 21 U.S.C. § 841(b)(1)(A)(ii), 21 U.S.C. § 841(b)(1)(A)(vi), 21 U.S.C. § 841(b)(1)(B)(ii), 21 U.S.C. § 841(b)(1)(B)(vi), 21 U.S.C. § 846, 18 U.S.C. § 2, 18 U.S.C. § 1956(h), 18 U.S.C. § 1956(a)(1)(A)(i), and 18 U.S.C. § 1956(a)(1)(b)(i) and (ii), as charged in Counts 1, 4, 5, 6, and 7 of the Indictment. On February 28, 2022, defendant Nayelyi Sanchez pled guilty to violations of 21 U.S.C. § 841(b)(1)(A), 21 U.S.C. § 846, 18 U.S.C. § 1956(h), 18 U.S.C. § 1956(a)(1)(A)(i), and 18 U.S.C. § 1956(a)(1)(b)(i) and (ii), as charged in Counts 1 and 7 of the Indictment. Pursuant to the plea agreement the defendants agreed to forfeit the property described in the Notice of Forfeiture in the Indictment, and the attached proposed Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853.

    The Preliminary Order of Forfeiture begins the process of collecting the property authorized by the plea agreement. The proposed order sets out the facts justifying the forfeiture of defendant's property, permits the United States Marshals Service, or any duly authorized law enforcement agency to secure the property, and describes the procedure governing the ancillary proceedings in which innocent third parties may assert ownership claims to the forfeited property. 21 U.S.C. § 853; Fed. R. Crim. P. 32.2. Until the Court enters a preliminary order of forfeiture, the law prevents third parties from defending their interests in the forfeited property. 21 U.S.C. § 853(k). Approval of the preliminary order is likewise a prerequisite to the United States' ability to conduct necessary discovery and seek the forfeiture of substitute assets, if such forfeiture is necessary. 21 U.S.C. § 853(m)-(p).

    Accordingly, the United States requests that the Court enter the attached proposed Preliminary Order of Forfeiture.

                                      Respectfully submitted,

                                      MICHAEL A. BENNETT
                                      UNITED STATES ATTORNEY


                                      _s/ Mac Shannon_
                                      Mac Shannon
                                      Assistant U.S. Attorney
                                      717 W. Broadway
                                      Louisville, Kentucky 40202
                                      (502) 582-5911



                                    CERTIFICATE OF SERVICE

    I hereby certify that on March 18th, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                        _s/ Mac Shannon_
                                      Mac Shannon
                                      Assistant U.S. Attorney