## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                                             **CRIMINAL NO. 3:21CR-46-DJH**
                                                             *Electronically Filed*

**JUAN CARLOS FARIAS GARCIA**
**HUBER FLORES**
**JOSE TERRAZAS**
**CESAR JONATHAN SANCHEZ**
**NAYELYI SANCHEZ**                                                       **DEFENDANTS**

## MOTION FOR FINAL DECREE
## AND ORDER OF FORFEITURE

      The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

                                                   Respectfully submitted,

                                                   MICHAEL A. BENNETT
                                                   UNITED STATES ATTORNEY

                                                   s/*Amy M. Sullivan*
                                                   Amy M. Sullivan
                                                   Assistant U.S. Attorney
                                                   717 W. Broadway
                                                   Louisville, Kentucky 40202
                                                   (502) 582-5911
                                                   (502) 582-5097
                                                   amy.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 2nd, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                            s/*Amy M. Sullivan*
                                            Amy M. Sullivan
                                            Assistant United States Attorney