**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                                                                   **CRIMINAL NO. 3:21CR-46-DJH**
                                                                        *Electronically Filed*

**JUAN CARLOS FARIAS GARCIA**
**HUBER FLORES**
**JOSE TERRAZAS**
**CESAR JONATHAN SANCHEZ**
**NAYELYI SANCHEZ**                                                       **DEFENDANTS**

## FINAL DECREE AND ORDER OF FORFEITURE

WHEREAS, on April 6, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2) and 21 U.S.C. § 853, and pursuant to the defendants' guilty pleas to Count 3 (H. Flores), Counts 1 through 7 (J. Garcia), Counts 1, 3, 4, 5 and 7 (J. Terrazas), Counts 1, 4, 5, 6 and 7 (C.J. Sanchez), and Counts 1 and 7 (N. Sanchez) of the Indictment;

AND WHEREAS, the United States has learned that the 2015 bronze Ford Taurus, VIN: 1FAHP2F87FG199340 has been administratively forfeited by the Federal Bureau of Investigation on October 3, 2022;

AND WHEREAS, the United States has learned that the $46,610.00 in United States Currency was administratively forfeited by the Federal Bureau of Investigation on December 15, 2022;

AND WHEREAS, the United States will not seek forfeiture of the 2018 Chevrolet Truck, VIN: 1GCVKREH2JZ289494, the Red Jeep Cherokee, VIN: 1C4RJFAG7EC209700, or the real property located at 1202 Carrico Avenue, Louisville, Kentucky;

AND WHEREAS, notice of the United States' intention to dispose of the property in accordance with the law and further notifying all third parties of their right to file a claim with the Court for a hearing to adjudicate the validity of their alleged legal interest in the property, was published on the United States' website (www.forfeiture.gov) for thirty consecutive days, beginning on January 31, 2023;

AND WHEREAS, no person or entity filed a claim asserting an interest in the property forfeited herein, and the time for doing so has passed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party:

   a. 2006 Mercury Marquis, VIN: 2MEFM75W76X633561;
   b. $1300.00 in U.S. Currency; and
   c. $920.65 in U.S Currency.

2. That the Court finds that the property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2) and 21 U.S.C. § 853, and since no person or entity has filed a claim to this property, default judgment against all other persons is hereby entered;

3. That the United States Marshals Service or any duly authorized law enforcement agency shall forthwith seize the forfeited property and dispose of it in accordance with the law;

4. That all right, title, and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

5.      That the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

6.      That any and all forfeited property and the proceeds of sale from any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c).

June 21, 2023

David J. Hale, Judge
United States District Court